UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DERRICK LEE SMITH #267009,

    Plaintiff,

v.

WAYNE COUNTY ELECTIONS
COMMISSION et al.,

    Defendants.

                                  /

Case No: 2:25-cv-309

HON. ROBERT J. JONKER

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 16, 2026 (ECF No. 5). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 5) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the case is **DISMISSED** without prejudice, as Plaintiff is barred from proceeding *in forma pauperis* under § 1915(g) and has not paid the civil action fee of $405.00.

Dated:  February 11, 2026          /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE